| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 1:19CR00160 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | 2:24-cr-00169-JCM-BNW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Francisco Dejesus-Magana<br>Las Vegas, Nevada 89110 | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Daniel M. Traynor | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 05/28/2024 — TO 05/27/2028 |

OFFENSE
Possession with Intent to Distribute Methamphetamine (50 grams or more-mixture)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Familiar ties, employment, and community ties

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE          DISTRICT OF     North Dakota

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Nevada   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

July 29, 2024                                                *(signature)*
Date                                                        United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE          DISTRICT OF     Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 2, 2024                                              *James C. Mahan*
Effective Date                                              United States District Judge

1

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Francisco Dejesus-Magana

Case No.: TO BE ASSIGNED

**REQUESTING ACCEPTANCE OF JURISDICTION**

July 30, 2024

TO: UNITED STATED DISTRICT JUDGE

On May 30, 2023, Francisco Dejesus-Magana was sentenced by the Honorable District Judge Daniel M. Traynor. Dejesus-Magana was sentenced to a term of imprisonment of 24 months with four years of supervised release to follow for committing the offense of Possession with Intent to Distribute Methamphetamine (50 grams or more-mixture). Supervision commenced on May 28, 2024, in the District of Nevada.

Dejesus-Magana is employed full-time; he is attending drug testing and treatment as required through our third-party treatment providers. On July 29, 2024, Dejesus Magana was arrested by Las Vegas Metropolitan Police Department and charged with DUI (2nd offense) in violation of NRS 484C.110 and Basic Speed Violation- 31 miles per hour greater over posted speed in violation of NRS 484B.600. The undersigned intends to address these matters with the Court once transfer of jurisdiction is accepted by the District of Nevada.

Dejesus-Magana intends to remain in Nevada for the foreseeable future. To address this matter and any future matters that may require the Court's attention in an expeditious manner and for judicial economy, the undersigned officer is requesting that jurisdiction be accepted by the District of Nevada. As witnessed by his signature on the attached Prob 22 (Transfer of Jurisdiction) Judge Daniel M. Traynor agreed to relinquish jurisdiction of the case. Should you have any questions, please contact the undersigned officer at (702) 236-8732.

Respectfully submitted,

Digitally signed by Amanda Stevens
Date: 2024.07.30 11:56:32 -07'00'

Amanda Stevens
United States Probation Officer

Approved:

Digitally signed by Steve Goldner
Date: 2024.07.30 11:47:18 -07'00'

Steve M Goldner
Supervisory United States Probation Officer