RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Francisco Dejesus-Magana

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>FRANCISCO DEJESUS-MAGANA,<br><br>        Defendant. | Case No. 2:24-cr-00169-JCM-BNW<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

     IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda Martin, Assistant Federal Public Defender, counsel for Francisco Dejesus-Magana, that the Revocation Hearing currently scheduled on September 16, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

     This Stipulation is entered into for the following reasons:

     1.    The Las Vegas Metropolitan Police Department arrested Mr. Jesus-Magana for driving while under the influence on July 29, 2024.[1]  According to the Las Vegas Municipal

---

[1] ECF. 7.

Court records, his next court hearing in case number 24-CR-064497 is scheduled for October 3, 2024. [2]

2. Defense counsel needs additional time to conduct an investigation into the allegations in the petition, review the allegations with the defendant, and prepare a defense and mitigation for the final supervised release revocation hearing.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 10th day of September, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ LaRonda Martin<br>LARONDA MARTIN<br>Assistant Federal Public Defender | By /s/ Lauren Ibanez<br>LAUREN IBANEZ<br>Assistant United States Attorney |

---

[2] ECF. 7.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANCISCO DEJESUS-MAGANA,<br><br>    Defendant. | Case No. 2:24-cr-00169-JCM-BNW<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 16, 2024 at 10:00 a.m., be vacated and continued to **November 13, 2024 at 10:00 a.m.**; or to a time and date convenient to the court.

    DATED September 12, 2024.

_____
UNITED STATES DISTRICT JUDGE

3